# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |
|---|
| *In re* GRAND JURY PROCEEDINGS |

Grand Jury Action No. 19-56 (BAH)

Chief Judge Beryl A. Howell

# ORDER

Upon consideration of the United States' Amended, Unopposed Motion for Disclosure of Grand Jury Materials Pursuant to Federal Criminal Rule 6(e)(3)(E)(i), ECF No. 2, to authorize disclosure of grand jury materials to three attorneys in the Civil Division of the United States Department of Justice, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the United States Attorney is authorized to disclose and make available to Civil Division attorneys Elizabeth J. Shapiro, Christen Handley, and James Burnham the grand jury records referenced in or underlying Special Counsel Robert S. Mueller III's *Report on the Investigation Into Russian Interference in the 2016 Presidential Election*; and it is further

**ORDERED** that the materials so released shall be used by the Civil Division attorneys solely in connection with litigation of *In re Application of the Committee on the Judiciary, U.S. House of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials*, No. 19-gj-48.

**SO ORDERED.**

Date: August 27, 2019

_____
BERYL A. HOWELL
Chief Judge